UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANKIT SAPRA, Individually and on behalf
of others similarly situated,

                        Plaintiff,

-v.-

BIPI NORTHERN NY, INC., BIPI ELIOT NY, INC.
and SHAHEEN M. REZA,

                        Defendants.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 09 2019 ★
LONG ISLAND OFFICE

18-CV- 07257(SJF)(SIL)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, and the parties are to bear their own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED** that this Court shall retain jurisdiction to enforce the settlement in this action.

COREN LAW GROUP, P.C.

By: _____ Date 6/28/19
Steven Mitchell Coren, Esq.
225 Union Street
Brooklyn, New York 11231
(212) 371-5800
Email: Scoren@corenlawgroup.com

*Attorneys for Defendants*

_____ Date 6/28/19
ARTHUR H. FORMAN
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616
Email: ahf@ahforman.com

*Attorney for Plaintiff*

SO ORDERED:

/S/ STEVEN I. LOCKE
USDJ